UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:15-CR-76-1

| UNITED STATES OF AMERICA | ) |  |
| --- | --- | --- |
|  | ) |  |
| v. | ) | ORDER TO SEAL |
|  | ) |  |
| CHRISTIAN G. RHODES | ) |  |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 18 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

This 24th day of March, 2015.

_____
JAMES C. FOX
UNITED STATES DISTRICT COURT JUDGE

12525730.1