UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:15-CR-00076-F

| UNITED STATES OF AMERICA | ORDER TO RESET ARRAIGNMENT |
| --- | --- |
| v. | TO THE MAY 11, 2015 TERM OF COURT |
| CHRISTIAN G. RHODES | |

For good cause, the motion to reset the arraignment to the May 11, 2015 term of court is hereby GRANTED.

The new date of the arraignment is __May 11, 2015__.

SO ORDERED.

This __1st__ day of __May__, 2015.

_____
JAMES C. FOX
Senior United States District Court Judge