UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-76-F

UNITED STATES OF AMERICA

v.

CHRISTIAN G. RHODES

ORDER TO SEAL

On renewed motion of the Defendant, CHRISTIAN G. RHODES, and for good cause shown, it is hereby ORDERED that Defendant's Sentencing Memorandum [D.E. 34] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This _30_ day of September, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge